```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 53677
   MARILYN LOUISE COOK
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0590


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 10/13/2005 and was confirmed 12/15/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  54.66% from remaining funds.

      The case was paid in full 01/08/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
BANK OF AMERICA NA         UNSECURED       NOT FILED           .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED         2196.99           .00         1200.85
DISCOVER FINANCIAL SERVI   UNSECURED OTH    1219.01            .00          666.27
PORTFOLIO RECOVERY ASSOC   UNSECURED         5135.05           .00         2806.77
INGALLS MEMORIAL HOSPITA   UNSECURED       NOT FILED           .00             .00
OAK FOREST HOSPITAL        UNSECURED       NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1814.96           .00          992.04
SULLIVAN URGENT AID        UNSECURED       NOT FILED           .00             .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,600.00                      2,600.00
TOM VAUGHN                 TRUSTEE                                          554.07
DEBTOR REFUND              REFUND                                            45.06

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               8,865.06

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                      5,665.93
ADMINISTRATIVE                                 2,600.00
TRUSTEE COMPENSATION                             554.07
DEBTOR REFUND                                     45.06
                     -----------          -----------
TOTALS                8,865.06              8,865.06


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 53677 MARILYN LOUISE COOK
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 53677 MARILYN LOUISE COOK